**United States Bankruptcy Court**
**Central District of California**

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM MOTION TO DISMISS CHAPTER 13 [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Maria Eva Martinez
aka Maria Eva Lopez De Martinez, aka Eva Lopez De Martinez

**BANKRUPTCY NO.**  2:16−bk−23131−NB

**CHAPTER**  13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  xxx−xx−5463
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 11/1/18

**Address:**
10106 S. Inglewood Avenue
Inglewood, CA 90304

Pursuant to the court's findings and conclusions at the hearing on the motion to dismiss in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: November 1, 2018

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van153−od13d Rev. 06/2017

**33 − 28 / SES**